HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN and SERIN NGAI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC., a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | NO. 2:18-CV-01578-RSM<br><br>DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, Defendants Champion Petfoods USA Inc. and Champion Petfoods LP submit the following Corporate Disclosure Statement.

Champion Petfoods Holding, Inc. is the parent corporation of Defendant Champion Petfoods USA Inc. Defendant Champion Petfoods LP has no parent corporation. No publicly held corporation owns 10% or more of the stock of either Defendant Champion Petfoods USA Inc. or Defendant Champion Petfoods LP.

DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT - 1

{03963621.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

The identities and citizenships of all partners of Champion Petfoods LP are: Champion Petfoods (GP) Ltd. (Canadian citizenship), Bedford Capital Management, Inc. (Canadian citizenship), and Champion Petfoods Inc. (Canadian citizenship).

DATED This 2nd day of April, 2020.

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com

524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants

GREENBERG TRAURIG, PA

/s/ David A. Coulson
David A. Coulson, Florida Bar No. 176222

333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0754
Facsimile: (305) 579-0500
Email: coulsond@gtlaw.com
Attorneys for Defendants
Admitted Pro Hac Vice 12/12/2018, ECF No. 23

DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03963621.DOCX;2 }

**Certificate of Service**

I, Binah B. Yeung, certify under penalty of perjury of the laws of the State of Washington that on April 2, 2020, I electronically filed this document entitled DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 2nd day of April, 2020, at Seattle, Washington.

*/s/ Binah B. Yeung*
Binah B. Yeung
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-0700
Facsimile: (206) 587-2308
E-mail: byeung@cairncross.com

DEFENDANTS CHAMPION PETFOODS USA INC.'S AND CHAMPION PETFOODS LP'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT - 3

{03963621.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308